No. 72–6976. Weaver v. Texas et al. C. A. 5th Cir. Certiorari denied.

No. 73–50. Seda v. Barbosa et al. Super. Ct. P. R. Certiorari denied. Reported below: —— P. R. R. ——.

No. 73–164. Kanarek v. Superior Court of California, County of Los Angeles, et al. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 73–220. Perez v. Florida. Sup. Ct. Fla. Certiorari denied.

No. 73–242. Thaggard v. United States; and

No. 73–255. Beasley v. United States. C. A. 5th Cir. Certiorari denied. Reported below: 477 F. 2d 626.

No. 73–376. Coco v. United States; and

No. 73–449. Nakaladski, aka Nash v. United States. C. A. 5th Cir. Certiorari denied. Reported below: 481 F. 2d 289.

No. 73–392. Daly v. United States. C. A. 8th Cir. Certiorari denied.

No. 73–396. Reed et al. v. Morton, Secretary of the Interior, et al. C. A. 9th Cir. Certiorari denied.

No. 73–398. Emalfarb v. United States. C. A. 7th Cir. Certiorari denied.